UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **In Re:** MISTY ROBERTS<br>SSN: xxx–xx–3280 | **Case No:**<br>1:21–bk–10080–BPH |
| JAMES DARIN CLEMONS<br>SSN: xxx–xx–5716 | **Chapter:** 13 |
| **Debtors.** | |

**DEFICIENCY NOTICE**

**THE FOLLOWING CONTAINS IMPORTANT INFORMATION ABOUT YOUR RECENT BANKRUPTCY CASE FILING.**

The above–entitled case was received and filed on 7/13/21 (your filing date). Based upon our review of the documents included with your filing, a determination has been made that you failed to include and file the following items. In order to comply with the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, these items must be submitted to the Court for filing.

Each of the items checked below must be filed with the Court within 14 days of your filing date. If the following items (checked boxes) are not received within 14 days of your filing date, your case may be dismissed.

- ☐ Filing fee of $313.00.
- ☑ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income – (Official Form B122C–1)
- ☐ Credit Counseling Certification
- ☑ Copies of all payment advices (pay stubs) or other evidence of payment, if any, with all but the last four digits of your social security number redacted, received from an employer within 60 days before the filing of the petition.
- ☑ Record of any interest that you have in an account or program of the type specified in Section 521(c) of the Code as it relates to an education individual retirement account. No form needed, just a statement.
- ☐ Statement of Social Security Number – (Official Form B121) – To be filed immediately.
- ☐ Creditors Mailing Matrix – To be filed within 48 hours of filing the petition.
- ☑ Plan
- ☑ Statement of Domestic Support Obligation(s).
- ☑ Schedules (A–J), Statement of Affairs, and Statement of Intent.
- ☐

**IF YOU FAIL TO SUBMIT AND FILE WITH THE COURT THE ITEMS IDENTIFIED ABOVE WITHIN 14 DAYS OF YOUR FILING DATE, YOUR CASE MAY BE DISMISSED.**

Certificate of Completion of Financial Management Course is due before an entry of discharge.

| | |
|---|---|
| Dated: 7/13/21 | For the Clerk of Court<br>Tyler P. Gilman |
| | By Deputy Clerk:<br>*[signature: Hansen]*<br>_____ |