# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re: MISTY ROBERTS<br>SSN: xxx–xx–3280 | Case No:<br>1:21–bk–10080–BPH |
| JAMES DARIN CLEMONS<br>SSN: xxx–xx–5716 | Chapter: 13 |
| **Debtors.** | |

## DEFICIENCY NOTICE

**THE FOLLOWING CONTAINS IMPORTANT INFORMATION ABOUT YOUR RECENT BANKRUPTCY CASE FILING.**

The above–entitled case was received and filed on 7/13/21 (your filing date). Based upon our review of the documents included with your filing, a determination has been made that you failed to include and file the following items. In order to comply with the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, these items must be submitted to the Court for filing.

Each of the items checked below must be filed with the Court within 14 days of your filing date. If the following items (checked boxes) are not received within 14 days of your filing date, your case may be dismissed.

- ☐ Filing fee of $313.00.
- ☑ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income – (Official Form B122C–1)
- ☐ Credit Counseling Certification
- ☑ Copies of all payment advices (pay stubs) or other evidence of payment, if any, with all but the last four digits of your social security number redacted, received from an employer within 60 days before the filing of the petition.
- ☑ Record of any interest that you have in an account or program of the type specified in Section 521(c) of the Code as it relates to an education individual retirement account. No form needed, just a statement.
- ☐ Statement of Social Security Number – (Official Form B121) – To be filed immediately.
- ☐ Creditors Mailing Matrix – To be filed within 48 hours of filing the petition.
- ☑ Plan
- ☑ Statement of Domestic Support Obligation(s).
- ☑ Schedules (A–J), Statement of Affairs, and Statement of Intent.
- ☐

**IF YOU FAIL TO SUBMIT AND FILE WITH THE COURT THE ITEMS IDENTIFIED ABOVE WITHIN 14 DAYS OF YOUR FILING DATE, YOUR CASE MAY BE DISMISSED.**

Certificate of Completion of Financial Management Course is due before an entry of discharge.

Dated: 7/13/21

For the Clerk of Court
Tyler P. Gilman

By Deputy Clerk:

_/s/ CJ Hansen_

United States Bankruptcy Court
District of Montana

In re:  Case No. 21-10080-BPH
MISTY ROBERTS  Chapter 13
JAMES DARIN CLEMONS
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0977-1     User: ColeenHan     Page 1 of 1
Date Rcvd: Jul 13, 2021     Form ID: tdn     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + MISTY ROBERTS, JAMES DARIN CLEMONS, PO BOX 2313, RED LODGE, MT 59068-2313 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret T Allred | on behalf of Debtor MISTY ROBERTS bret@yellowstonelawgroup.com clients@yellowstonelawgroup.com;allred.bretr101627@notify.bestcase.com |
| Bret T Allred | on behalf of Joint Debtor JAMES DARIN CLEMONS bret@yellowstonelawgroup.com clients@yellowstonelawgroup.com;allred.bretr101627@notify.bestcase.com |
| OFFICE OF THE U.S. TRUSTEE | ustp.region18.bs.ecf@usdoj.gov |
| ROBERT G. DRUMMOND | Trustee@MTChapter13.com kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rdrummond13@ecf.epiqsystems.com |

TOTAL: 4