James A. Patten (ID #1191)
Wendy A. Jungblut (ID #52095280)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
P.O. Box 1239
Billings, MT  59103-1239
Telephone (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com
Email:  wjungblut@ppbglaw.com

Attorneys for Cedarwind Holding, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-10080-13 |
| | ) | |
| MISTY ROBERTS | ) | |
| and JAMES DARIN CLEMONS, | ) | |
| | ) | |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Pursuant to F.R.B.P 2002(i) and (g) James A. Patten and Wendy A. Jungblut, attorneys for Cedarwind Holding, LLC, in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors committees and any other parties in interest, whether sent by the Court, the Debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g) that the following be added to the Court's master mailing matrix.

    James A. Patten
    Wendy A. Jungblut
    **PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**
    2817 2nd Avenue North, Ste. 300
    P.O Box 1239
    Billings, MT 59101

  (406) 252-8500 telephone
  (406) 294-9500 facsimile
  apatten@ppbglaw.com
  wjungblut@ppbglaw.com
  Attorneys for Cedarwind Holding, LLC

Such notices shall include notices by mail, telephone, facsimile, or any other means of transmission and the notices requested shall include, but are not limited to, all notices relating to the matter set forth in F.R.B.P. 2002; matters relating to the appointment of a Trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the Debtor obtaining credit under 11 U.S.C. § 361 or § 364; and the matters relating to the use, sale, or lease of property under 11 U.S.C. § 363 or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

  DATED this 23rd day of July, 2021.

        **PATTEN, PETERMAN, BEKKEDAHL**
         **& GREEN, P.L.L.C.**
        2817 Second Ave. North, Suite 300
        P.O. Box 1239
        Billings, Montana  59101


      By: /s/JA Patten
        James A. Patten
        Wendy A. Jungblut
        Attorney for Cedarwind Holding, LLC