UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MISTY ROBERTS and JAMES DARIN CLEMONS,**

Debtors.

Case No. **21-10080-BPH**

# ORDER

In this Chapter 7 bankruptcy, Debtors filed a voluntary Chapter 7 Petition on July 13, 2021 (ECF No. 1). That same day, the Clerk of Court entered a Deficiency Notice (ECF No. 7) ("Notice") alerting Debtors that they failed to file certain documents required under Fed. R. Bankr. P. 1007 and/or 3015(b). The Notice directed Debtors to cure the deficiency by filing the required documents on or before July 22, 2021, and further explained that her case could be dismissed if she failed to do so. Debtors failed to cure the deficiency. Compliance with Fed. R. Bankr. P. 1007 and 3015(b) is mandatory and Mont. LBR 1007-1(d) provides for dismissal of a case where, as here, required documents are not timely filed. However, Mont. LBR 1007-1(d) permits a debtor to request reconsideration of such an order of dismissal. Upon review of the docket and based upon Debtors' failure to cure the deficiencies in this case,

IT IS ORDERED that Debtors' case is dismissed. Pursuant to Mont. LBR 1007-1(d), Debtors shall have fourteen (14) days from the entry of this Order to request reconsideration for good cause shown.

Dated July 28, 2021.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana

1